**Dismiss and Opinion Filed March 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00271-CR

### RICHARD ANTHONY VELEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-60675-Y

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140271F.U05